UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ORCHARD YARN AND THREAD CO., INC.,

                Plaintiff,

-against-

H.A. KIDD AND COMPANY LIMITED, et al.,

                Defendants.
-------------------------------------------------------------X

25-CV-00321 (DEH)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2025

**SARAH NETBURN, United States Magistrate Judge:**

On February 4, 2025, the Court granted leave for Plaintiff to serve Defendants by registered mail pursuant to the Hague Convention. ECF No. 10. Plaintiff is ORDERED to file a letter no later than Monday, April 21, 2025, updating the Court on the status of service on Defendants.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 15, 2025
              New York, New York