```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ORCHARD YARN AND THREAD CO., INC.,

                            Plaintiff,              25-CV-00321 (DEH)(SN)

            -against-                               ORDER

H.A. KIDD AND COMPANY LIMITED, et al.,

                            Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/2025

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff shall file a letter with the Court no later than Monday, May 19, 2025, regarding the status of settlement or file proof of service of the summonses and complaint on Defendants.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 18, 2025
         New York, New York